UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLYNN HOSPITALITY GROUP, INC.<br><br>        Plaintiff,<br>v.<br><br>RSUI INDEMNITY COMPANY,<br><br>        Defendant. | Case No. 1:21-cv-10744-DJC |

## DEFENDANT RSUI INDEMNITY COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Defendant, RSUI Indemnity Company ("Defendant"), respectfully submits this Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(2) and 12(b)(6). For the reasons set forth in Plaintiff's Glynn Hospitality Group, Inc. ("Plaintiff's") accompanying Memorandum of Law, the Complaint must be dismissed because the Court does not have personal jurisdiction over Defendant and, even if it did, Plaintiff fails to state any claims upon which relief can be granted. Accordingly, Plaintiff asks this Court to dismiss this case pursuant to FRCP 12(b)(2) and 12(b)(6).

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court given the number claims asserted in the Complaint.

Attorneys for Defendant
RSUI INDEMNITY COMPANY


 /s/ *Courtney E. Murphy*
Courtney E. Murphy (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
800 3rd Avenue, 13th Floor,
New York, NY 10022
212-471-6200
212-935-1166
cmurphy@hinshawlaw.com
acohen@hinshawlaw.com

Daniel R. Conte, Esq. (Bar No. 686908)
Hinshaw & Culbertson, LLP
53 State Street
27th Floor
Boston, MA 02109
Telephone: (617)213-7000
Fax: (617)213-7001
dconte@hinshawlaw.com


Dated: June 11, 2021

## **CERTIFICATE OF SERVICE**

I, Courtney E. Murphy, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on June 14, 2021.

                                         */s/ Courtney E. Murphy*
                                         Courtney E. Murphy